Phil Horowitz (State Bar No. 111624)
Moira C. McQuaid (State Bar No. 154232)
Jora Trang (State Bar No. 218059)
Law Offices of Phil Horowitz
One Market Plaza
Steuart Tower, Suite 2630
San Francisco, CA 94105
Telephone: (415) 391-0111
Facsimile: (415) 391-0123
E-mail: phil@creative.net

Attorneys for Plaintiffs
Travis Connell, James Frazee, Roger Geis,
Kathleen Hassett, Ryan Larson, Keith Olmo,
Kelly Orrantia, and Ryan Stanley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travis Connell, James Frazee, Roger Geis, Kathleen Hassett, Ryan Larson, Keith Olmo, Kelly Orrantia, and Ryan Stanley<br><br>Plaintiffs,<br><br>v.<br><br>Applied Underwriters Inc., a Nebraska corporation; American Employers Group, Inc., a Nebraska corporation, and Does 1 through 25, inclusive,<br><br>Defendants. | Case No. C 04-3206 JCS<br><br>SUBSTITUTION OF ATTORNEYS AND ORDER THEREON |

PLEASE TAKE NOTICE that Plaintiffs Travis Connell, James Frazee, Roger Geis, Kathleen Hassett, Ryan Larson, Keith Olmo, Kelly Orrantia and Ryan Stanley hereby substitute Phil Horowitz and the Law Offices of Phil Horowitz, who has been retained to

1

represent our interests in the above-entitled action, in place and instead of Robert E. Lazo and the Employment Lawyers Group, PLC. This substitution is necessitated because of Mr. Lazo's death on December 31, 2004. Phil Horowitz is admitted to practice before this court and practices at the Law Offices of Phil Horowitz, One Market Plaza, Steuart Tower, Suite 2630, San Francisco, California 94105, (415) 391-0111 telephone number, (415) 391-0123 facsimile number. Attorneys Moira C. McQuaid and Jora Trang, formerly of Employment Lawyers' Group, PLC, will continue to work on this case, but as attorneys working as independent contractors for the Law Offices of Phil Horowitz.

Dated: April 19, 2005

_____
TRAVIS CONNELL

Dated: April ____, 2005

_____
JAMES FRAZEE

Dated: April ____, 2005

_____
ROGER GEIS

Dated: April ____, 2005

_____
KATHLEEN HASSETT

Dated: April ____, 2005

_____
RYAN LARSON

Dated: April ____, 2005

_____
KEITH OLMO

Dated: April ____, 2005

_____
KELLY ORRANTIA

2

Substitution of Attorneys and Order Thereon -- Case No. C 04-3206 JCS

1  represent our interests in the above-entitled action, in place and instead of Robert E. Lazo
2  and the Employment Lawyers Group, PLC. This substitution is necessitated because of Mr.
3  Lazo's death on December 31, 2004. Phil Horowitz is admitted to practice before this court
4  and practices at the Law Offices of Phil Horowitz, One Market Plaza, Steuart Tower, Suite
5  2630, San Francisco, California 94105, (415) 391-0111 telephone number, (415) 391-0123
6  facsimile number. Attorneys Moira C. McQuaid and Jora Trang, formerly of Employment
7  Lawyers' Group, PLC, will continue to work on this case, but as attorneys working as
8  independent contractors for the Law Offices of Phil Horowitz.

Dated: April ____, 2005

_____
TRAVIS CONNELL

Dated: April 19, 2005

_____
JAMES FRAZEE

Dated: April ____, 2005

_____
ROGER GEIS

Dated: April ____, 2005

_____
KATHLEEN HASSETT

Dated: April ____, 2005

_____
RYAN LARSON

Dated: April ____, 2005

_____
KEITH OLMO

Dated: April ____, 2005

_____
KELLY ORRANTIA

2

Substitution of Attorneys and Order Thereon -- Case No. C 04-3206 JCS

represent our interests in the above-entitled action, in place and instead of Robert E. Lazo and the Employment Lawyers Group, PLC. This substitution is necessitated because of Mr. Lazo's death on December 31, 2004. Phil Horowitz is admitted to practice before this court and practices at the Law Offices of Phil Horowitz, One Market Plaza, Steuart Tower, Suite 2630, San Francisco, California 94105, (415) 391-0111 telephone number, (415) 391-0123 facsimile number. Attorneys Moira C. McQuaid and Jora Trang, formerly of Employment Lawyers' Group, PLC, will continue to work on this case, but as attorneys working as independent contractors for the Law Offices of Phil Horowitz.

Dated: April ____, 2005

_____
TRAVIS CONNELL

Dated: April ____, 2005

_____
JAMES FRAZEE

Dated: April  19 , 2005

_____
ROGER GEIS

Dated: April ____, 2005

_____
KATHLEEN HASSETT

Dated: April ____, 2005

_____
RYAN LARSON

Dated: April ____, 2005

_____
KEITH OLMO

Dated: April ____, 2005

_____
KELLY ORRANTIA

2

Substitution of Attorneys and Order Thereon -- Case No. C 04-3206 JCS

| | |
|---|---|
| 1 | represent our interests in the above-entitled action, in place and instead of Robert E. Lazo |
| 2 | and the Employment Lawyers Group, PLC. This substitution is necessitated because of Mr. |
| 3 | Lazo's death on December 31, 2004. Phil Horowitz is admitted to practice before this court |
| 4 | and practices at the Law Offices of Phil Horowitz, One Market Plaza, Steuart Tower, Suite |
| 5 | 2630, San Francisco, California 94105, (415) 391-0111 telephone number, (415) 391-0123 |
| 6 | facsimile number. Attorneys Moira C. McQuaid and Jora Trang, formerly of Employment |
| 7 | Lawyers' Group, PLC, will continue to work on this case, but as attorneys working as |
| 8 | independent contractors for the Law Offices of Phil Horowitz. |

Dated: April ____, 2005
_____
TRAVIS CONNELL

Dated: April ____, 2005
_____
JAMES FRAZEE

Dated: April ____, 2005
_____
ROGER GEIS

Dated: April 21, 2005    [signature]
_____
KATHLEEN HASSETT

Dated: April ____, 2005
_____
RYAN LARSON

Dated: April ____, 2005
_____
KEITH OLMO

Dated: April ____, 2005
_____
KELLY ORRANTIA

**Deleted:** McQuaid Dec. in Opposition to Defs.' Motion to Compel Arbit
**Deleted:** ration
**Deleted:** Complaint for Damages

2
Substitution of Attorneys and Order Thereon, -- Case No. C 04-3206 JCS

represent our interests in the above-entitled action, in place and instead of Robert E. Lazo and the Employment Lawyers Group, PLC. This substitution is necessitated because of Mr. Lazo's death on December 31, 2004. Phil Horowitz is admitted to practice before this court and practices at the Law Offices of Phil Horowitz, One Market Plaza, Steuart Tower, Suite 2630, San Francisco, California 94105, (415) 391-0111 telephone number, (415) 391-0123 facsimile number. Attorneys Moira C. McQuaid and Jora Trang, formerly of Employment Lawyers' Group, PLC, will continue to work on this case, but as attorneys working as independent contractors for the Law Offices of Phil Horowitz.

Dated: April ____, 2005

_____
TRAVIS CONNELL

Dated: April ____, 2005

_____
JAMES FRAZEE

Dated: April ____, 2005

_____
ROGER GEIS

Dated: April ____, 2005

_____
KATHLEEN HASSETT

Dated: April 25, 2005

_____
RYAN LARSON

Dated: April ____, 2005

_____
KEITH OLMO

Dated: April ____, 2005

_____
KELLY ORRANTIA

2

Substitution of Attorneys and Order Thereon -- Case No. C 04-3206 JCS

represent our interests in the above-entitled action, in place and instead of Robert E. Lazo and the Employment Lawyers Group, PLC. This substitution is necessitated because of Mr. Lazo's death on December 31, 2004. Phil Horowitz is admitted to practice before this court and practices at the Law Offices of Phil Horowitz, One Market Plaza, Steuart Tower, Suite 2630, San Francisco, California 94105, (415) 391-0111 telephone number, (415) 391-0123 facsimile number. Attorneys Moira C. McQuaid and Jora Trang, formerly of Employment Lawyers' Group, PLC, will continue to work on this case, but as attorneys working as independent contractors for the Law Offices of Phil Horowitz.

Dated: April ____, 2005
_____
TRAVIS CONNELL

Dated: April ____, 2005
_____
JAMES FRAZEE

Dated: April ____, 2005
_____
ROGER GEIS

Dated: April ____, 2005
_____
KATHLEEN HASSETT

Dated: April ____, 2005
_____
RYAN LARSON

Dated: April 20, 2005
_____
KEITH OLMO

Dated: April ____, 2005
_____
KELLY ORRANTIA

Deleted: McQuaid Dec. in Opposition to Defs.' Motion to Compel Arbit
Deleted: ration
Deleted: Complaint for Damages

1  represent our interests in the above-entitled action, in place and instead of Robert E. Lazo
2  and the Employment Lawyers Group, PLC. This substitution is necessitated because of Mr.
3  Lazo's death on December 31, 2004. Phil Horowitz is admitted to practice before this court
4  and practices at the Law Offices of Phil Horowitz, One Market Plaza, Steuart Tower, Suite
5  2630, San Francisco, California 94105, (415) 391-0111 telephone number, (415) 391-0123
6  facsimile number. Attorneys Moira C. McQuaid and Jora Trang, formerly of Employment
7  Lawyers' Group, PLC, will continue to work on this case, but as attorneys working as
8  independent contractors for the Law Offices of Phil Horowitz.

10 Dated: April ____, 2005
                                        _____
                                        TRAVIS CONNELL

12 Dated: April ____, 2005
                                        _____
13                                      JAMES FRAZEE

15 Dated: April ____, 2005
                                        _____
16                                      ROGER GEIS

18 Dated: April ____, 2005
                                        _____
                                        KATHLEEN HASSETT

20 Dated: April ____, 2005
                                        _____
21                                      RYAN LARSON

23 Dated: April ____, 2005
                                        _____
24                                      KEITH OLMO

26 Dated: June 29, 2005                 /s/ Kelly Orrantia
                                        _____
                                        KELLY ORRANTIA

|   |   |
|---|---|
| 1 | Dated: June 29, 2005 |
| 2 | RYAN STANLEY |
| 3 | |
| 4 | I consent to the above substitution. |
| 5 | Dated: April ____, 2005          EMPLOYMENT LAWYERS' GROUP, PLC |
| 6 | |
| 7 | By: _____ |
| 8 | GINA LAZO |
| 9 | Assistant Chief Financial Officer/ Assistant Secretary of the |
| 10 | Corporation |
| 11 | I accept this substitution. |
| 12 | |
| 13 | Dated: June 29, 2005          LAW OFFICES OF PHIL HOROWITZ |
| 14 | |
| 15 | By: _____ |
| 16 | PHIL HOROWITZ |
| 17 | Attorneys for Plaintiffs |

## ORDER

The above Substitution of Attorneys is hereby approved.

Dated: ~~June~~ July 11, 2005          /s/ Joseph C. Spero
                                        JOSEPH C. SPERO
                                        United States Magistrate Judge

3

Substitution of Attorneys and Order Thereon -- Case No. C 04-3206 JCS

| | | |
|---|---|---|
| 1 | Dated: April ____, 2005 | |
| 2 | | RYAN STANLEY |
| 3 | I consent to the above substitution. | |
| 4 | | |
| 5 | Dated: April 15, 2005 | EMPLOYMENT LAWYERS' GROUP, PLC |
| 6 | | |
| 7 | | By: *Gina Lazo* |
| 8 | | GINA LAZO |
| 9 | | Assistant Chief Financial Officer/ |
| 10 | | Assistant Secretary of the Corporation |
| 11 | I accept this substitution. | |
| 12 | | |
| 13 | Dated: April ____, 2005 | LAW OFFICES OF PHIL HOROWITZ |
| 14 | | |
| 15 | | By: *Phil Horowitz* |
| 16 | | PHIL HOROWITZ |
| 17 | | Attorneys for Plaintiffs |

### ORDER

The above Substitution of Attorneys is hereby approved.

Dated: April ____, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge

3

Substitution of Attorneys and Order Thereon -- Case No. C 04-3206 JCS

||                                                                                      |
|---|--------------------------------------------------------------------------------------|
| 1 | **DECLARATION OF SERVICE BY MAIL**                                                   |
| 2 | I am over the age of eighteen years and not a party to the above-entitled            |
| 3 | cause. My business address is One Market Plaza, Steuart Tower, Suite 2630,           |
| 4 | San Francisco, CA 94105. On the date this declaration is dated, I served the         |
| 5 | foregoing:                                                                           |
| 6 |                                                                                      |
| 7 | SUBSTITUTION OF ATTORNEYS AND ORDER THEREON                                          |
| 8 | by mailing it, by depositing it with postage fully prepaid in a sealed envelope      |
| 9 | with the United States Postal service, addressed to:                                 |
|10 |                                                                                      |
|11 | Jeffrey A. Silver                                                                    |
|12 | Law Offices of Jeffrey A. Silver<br>10050 Regency Circle, Suite 120<br>Omaha, NE 68114 |
|13 | Facsimile: (402) 393-8558                                                            |
|14 |                                                                                      |
|15 | I declare under penalty of perjury that the foregoing is true and correct.           |
|16 | Executed on June 30, 2005 in San Francisco, California.                              |
|17 |                                                                                      |
|18 | _____                                                      |
|19 | Moira C. McQuaid                                                                     |