# FISHER & PHILLIPS LLP
### ATTORNEYS AT LAW

www.laborlawyers.com

**RECEIVED**

**MAR X 4 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

March 3, 2005

**Irvine**
Suite 400
18400 Von Karman Avenue
Irvine, CA 92612
(949) 851-2424 Tel
(949) 851-0152 Fax

Writer's Direct Dial:
(949) 798-2171

Writer's E-mail:
mjacobs@laborlawyers.com

_**Via Facsimile and U.S. Mail**_

Magistrate Judge Joseph C. Spero
Courtroom A, 15th Floor
UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

    Re:    _Travis Connell, et al. v. Applied Underwriters, Inc., et al._
            USDC Case No. C 04-3206 JCS

Dear Magistrate Judge Spero:

    The purpose of this letter is to formally request that counsel for Defendants, American Employer's Group, Inc. and Applied Underwriters Inc., be allowed to appear telephonically for the March 4, 2005 Case Management Conference in the event an appearance is required. The parties were ordered to arbitration, have agreed to an arbitrator and an arbitration date is pending. Defense counsel are located in Southern California. As such, a telephonic appearance will ease travel and related costs. Counsel for Defendants may be reached at (949) 851-2424 and will be available beginning at 1:30 a.m. on March 4, 2005.

    Thank you for your consideration in this matter.

            Sincerely,

            MARK J. JACOBS
            For FISHER & PHILLIPS LLP

MJJ:mtr

IT IS SO ORDERED

Joseph C. Spero, Magistrate Judge
5/4/18
Date