LAW OFFICES OF PHIL HOROWITZ
ONE MARKET PLAZA
STEUART TOWER, SUITE 2630
SAN FRANCISCO, CA 94105
TELEPHONE: (415) 391-0111
FACSIMILE: (415) 391-0123
PHIL@CREATIVE.NET

September 1, 2005

Magistrate Judge Joseph Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

   Re: Connell, et. al. v. Applied Underwriters, Inc., et. al.
       Case Number 3:04-cv-03206

Dear Judge Spero:

   There is a further case management conference scheduled in the foregoing matter on September 9, 2005 at 1:30 p.m. I am newly substituted in as the counsel of record for the plaintiffs in this case. As did counsel for defendants, I too request that I be permitted to appear telephonically at the conference, and I can be available at any time designated by the Court for such conference.

   Thank you for the Court's consideration of this request.

                                       Very truly yours,

                                       Phil Horowitz

Dated: Sept. 6, 2005

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA